UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| EDMUND ZAGORSKI, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| ) | Case No. 3:99-1193 |
| v. ) | Judge Trauger |
| ) | |
| ) | |
| RICKY BELL, WARDEN, ) | |
| ) | |
| Respondent. ) | |

O R D E R

The petitioner is a death-row inmate. He brings this action under 28 U.S.C. § 2254, challenging the constitutionality of his conviction and sentence.

As provided in the memorandum entered contemporaneously herewith, the following are hereby ORDERED:

1) The petitioner's motion for a *de novo* review of all his claims under the Schaivo Act (DE # 176) is DENIED..

2) The respondent's motion for summary judgment (Docket Entry No. 99) is GRANTED.

3) The petitioner's petition for federal *habeas corpus* relief, and all amendments thereto (Docket Entry Nos. 1, 16), are DENIED, and this action is DISMISSED. Rule 8, Rules – 2254 Cases.

Should the petitioner file a timely notice of appeal from this Order, such notice shall be docketed as both a notice of appeal and an application for a certificate of appealability, 28 U.S.C. § 2253(c); Rule 22(b), Fed. R. App. P.; *see Slack v. McDaniel*, 529 U.S. 473, 483 (2000), which will not issue because the petitioner has failed to make a substantial showing of the denial of a constitutional right. *Castro v. United States of America*, 310 F.3d 900, 901 (6th Cir. 2002)(citing *Lyons v. Ohio Adult Parole Auth.*, 105 F.3d 1063, 1072 (6th Cir. 1997) and *Murphy v. Ohio*, 263 F.3d

466, 467 (6th Cir. 2001)).

Entry of this Order shall constitute the judgment in this action.

It is so ORDERED.

ENTER this 31st day of March 2006.

                                              Aleta A. Trauger
                                              United States District Judge